Anthony Quintin KELLY,
Plaintiff-Appellant,

v.

Leslie SIMPSON, Case Management Specialist; Lieutenant George B. Mcalpine; Sergeant Robert Werner; Department of Public Safety and Correctional Services, Defendants-Appellees.

No. 16-6598

United States Court of Appeals,
Fourth Circuit.

Submitted: November 17, 2016

Decided: November 21, 2016

Anthony Quentin Kelly, Appellant Pro Se. Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Quentin Kelly appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Kelly v. Simpson, No. 1:15-cv-03647-RDB (D. Md. Apr. 12, 2016). We deny Kelly's motions for default judgment and for a hearing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED